■ In the Matter of IRA M. DENHOFFER, a Suspended Attorney.—Petition granted only insofar as to refer the application for reinstatement as an attorney and counselor-at-law in the State of New York to the Departmental Disciplinary Committee for the First Judicial Department, to hear and report as

indicated. Concur—Sandler, J. P., Ross, Kassal, Rosenberger and Ellerin, JJ.